# EXHIBIT C

...
...



# Wall & Soffit Systems

**Commercial & Industrial, Residential, Interior, Equipment Screen & Mechanical Enclosures**

Elite Series Wall & Soffit Panels | HR16 | Deep Deck
Vee-Panel | B-6 Panel | Thin Line Panel L-Panel



**Cleburne Sheet Metal** | Unlimited Design Possibilities

# We have the wall, fascia & soffit systems to meet your design requirements

## Berridge HR-16 Panel

**Horizontal or Vertical Wall Panels**
**Versatile, Maintenance-Free, Prefinished Metal Wall Panels for Open Spans**

- Hidden Fasteners
- Factory Mitered Corners Available
- Extruded Rib Appearance
- Multi-Purpose Panel
- Available in 24 or 22 Ga. Berridge Kynar 500©




## Berridge Deep-Deck Panel

**Multi-Purpose Structural Panel for Roof, Deck, Wall, Soffit or Fascia Applications**

- Economical 36" Coverage
- Factory Mitered Corners Available
- Structural Properties
- Multi-Purpose Panel
- Purlin Bearing Leg
- Vertical or Horizontal Applications



## Berridge L- Panel

**Soffit and Facade System,**
**Liner or Soffit Panels; Versatile, Maintenance-Free, Prefinished Metal Panels for Open Spans**

- Hidden Fasteners
- Flush Appearance
- Multi-Purpose Panel
- Available With or Without Grooves
- Panel may be Vented




# Berridge B-6 Panel

**Wall or Soffit Panels for Open Spans. Also Used for Facade, Fascia or Ceiling**

- Hidden Fasteners
- Factory Mitered Corners Available
- Self-Venting
- Use Over Open Framing or Solid Sheathing with Approved Underlayment
- Use Vertically for Facade or Wall, Horizontally for Soffit



# Berridge Vee-Panel

**Wall, Soffit, Liner and Facade Panel,
Versatile, Maintenance-Free,
Prefinished Metal Panels for Open Spans**

- Hidden Fasteners
- Open Framing or Solid Sheathing with Approved Underlayment
- Vee-Groove Appearance
- May be Vented for Soffit Applications



# Berridge Thin-Line Panel

**Soffit and Facade System,
Liner or Soffit Panels; Versatile, Maintenance-Free,
Prefinished Metal Panels for Open Spans**

- Hidden Fasteners
- Flush Appearance
- Smooth, Monolithic Appearance
- Channel Drain Interlock Design
- Use Vertically for Facade or Wall, Horizontally for Soffit



# The CSM Elite Wall Panel Series:
## 12" or 16" Coverage Panels Designed to fit every need

## BB Elite Wall Panel Series



- 22 or 24 Gauge Berridge Kynar 500©
- Horizontal or Vertical Orientation
- Factory Mitered Corners Available
- Hidden Fasteners
- Multi-Purpose: Wall, Soffit, Liner or Equipment Screen
- Spans over Open Framing or Solid Sheathing with approved Underlayment
- 21' Maximum Panel Length

## BR Elite Wall Panel Series



- 22 or 24 Gauge Berridge Kynar 500©
- Horizontal or Vertical Orientation
- Factory Mitered Corners Available
- Available in 12" or 16" Coverage
- Hidden Fasteners
- Multi-Purpose: Wall, Soffit, Liner or Equipment Screen
- Spans over Open Framing or Solid Sheathing with approved Underlayment
- 21' Maximum Panel Length

## RB Elite Wall Panel Series



- 22 or 24 Gauge Berridge Kynar 500©
- Horizontal or Vertical Orientation
- Factory Mitered Corners Available
- Available in 12" or 16" Coverage
- Hidden Fasteners
- Multi-Purpose: Wall, Soffit, Liner or Equipment Screen
- Spans over Open Framing or Solid Sheathing with approved Underlayment
- 21' Maximum Panel Length

## RR Elite Wall Panel Series



- 22 or 24 Gauge Berridge Kynar 500©
- Horizontal or Vertical Orientation
- Factory Mitered Corners Available
- Available in 12" or 16" Coverage
- Hidden Fasteners
- Multi-Purpose: Wall, Soffit, Liner or Equipment Screen
- Spans over Open Framing or Solid Sheathing with approved Underlayment
- 21' Maximum Panel Length

# SB Elite Wall Panel Series

- 22 or 24 Gauge Berridge Kynar 500©
- Horizontal or Vertical Orientation
- Factory Mitered Corners Available
- Available in 12" or 16" Coverage
- Hidden Fasteners
- Multi-Purpose: Wall, Soffit, Liner or Equipment Screen
- Spans over Open Framing or Solid Sheathing with approved Underlayment
- 21' Maximum Panel Length



# SR Elite Wall Panel Series

- 22 or 24 Gauge Berridge Kynar 500©
- Horizontal or Vertical Orientation
- Factory Mitered Corners Available
- Available in 12" or 16" Coverage
- Hidden Fasteners
- Multi-Purpose: Wall, Soffit, Liner or Equipment Screen
- Spans over Open Framing or Solid Sheathing with approved Underlayment
- 21' Maximum Panel Length



# WR Elite Wall Panel Series

- 22 or 24 Gauge Berridge Kynar 500©
- Horizontal or Vertical Orientation
- Factory Mitered Corners Available
- Available in 12" or 16" Coverage
- Hidden Fasteners
- Multi-Purpose: Wall, Soffit, Liner or Equipment Screen
- Spans over Open Framing or Solid Sheathing with approved Underlayment
- 21' Maximum Panel Length



# CR Elite Wall Panel Series

- 22 or 24 Gauge Berridge Kynar 500©
- Horizontal or Vertical Orientation
- Factory Mitered Corners Available
- Available in 12" Coverage
- Hidden Fasteners
- Multi-Purpose: Wall, Soffit, Liner or Equipment Screen
- Spans over Open Framing or Solid Sheathing with approved Underlayment
- 21' Maximum Panel Length



# The Elite Soffit Panel Series:
## 12" Coverage Panels Designed to fit every need

## F-12 Elite Soffit Panel Series



- 22 or 24 Gauge Berridge Kynar 500©
- Multi-Purpose: Wall, Soffit, Liner or Equipment Screen
- Horizontal or Vertical Orientation
- Spans over Open Framing or Solid Sheathing with approved Underlayment
- Hidden Fasteners
- 21' Maximum Panel Length



## R-12 Elite Soffit Panel Series



- 22 or 24 Gauge Berridge Kynar 500©
- Multi-Purpose: Wall, Soffit, Liner or Equipment Screen
- Horizontal or Vertical Orientation
- Spans over Open Framing or Solid Sheathing with approved Underlayment
- Hidden Fasteners
- 21' Maximum Panel Length

## R.5-12 Elite Soffit Panel Series



- 22 or 24 Gauge Berridge Kynar 500©
- Multi-Purpose: Wall, Soffit, Liner or Equipment Screen
- Horizontal or Vertical Orientation
- Spans over Open Framing or Solid Sheathing with approved Underlayment
- Hidden Fasteners
- 21' Maximum Panel Length

## R1-12 Elite Soffit Panel Series



- 22 or 24 Gauge Berridge Kynar 500©
- Multi-Purpose: Wall, Soffit, Liner or Equipment Screen
- Horizontal or Vertical Orientation
- Spans over Open Framing or Solid Sheathing with approved Underlayment
- Hidden Fasteners
- 21' Maximum Panel Length



## R-4 Elite Soffit Panel Series

- 22 or 24 Gauge Berridge Kynar 500©
- Multi-Purpose: Wall, Soffit, Liner or Equipment Screen
- Horizontal or Vertical Orientation
- Spans over Open Framing or Solid Sheathing with approved Underlayment
- Hidden Fasteners
- 21' Maximum Panel Length




## R-6 Elite Soffit Panel Series

- 22 or 24 Gauge Berridge Kynar 500©
- Multi-Purpose: Wall, Soffit, Liner or Equipment Screen
- Horizontal or Vertical Orientation
- Spans over Open Framing or Solid Sheathing with approved Underlayment
- Hidden Fasteners
- 21' Maximum Panel Length




## FV-12 Elite Soffit Panel Series

- 22 or 24 Gauge Berridge Kynar 500©
- Multi-Purpose: Wall, Soffit, Liner or Equipment Screen
- Horizontal or Vertical Orientation
- Spans over Open Framing or Solid Sheathing with approved Underlayment
- Hidden Fasteners
- 21' Maximum Panel Length



## X2-12 Elite Soffit Panel Series

- 22 or 24 Gauge Berridge Kynar 500©
- Multi-Purpose: Wall, Soffit, Liner or Equipment Screen
- Horizontal or Vertical Orientation
- Spans over Open Framing or Solid Sheathing with approved Underlayment
- Hidden Fasteners
- Factory-Mitered Corners Available
- 21' Maximum Panel Length



# Cleburne Sheet Metal Wall & Soffit Systems Meet or Exceed All Design Requirements






Cleburne Sheet Metal is a privately held corporation specializing in the fabrication and installation of high end architectural sheet metal goods for both the commercial and residential construction industries. Since its inception in 1986, Cleburne Sheet Metal has grown to become one of the premier architectural and structural metal roofing companies in the United States.

**Products:**
- Architectural Roof Panels
- Commercial & Industrial Panels
- Fascia, Wall & Soffit Panels
- Aluminum Composite Panels
- Residential Roofing
- Retrofit Roofing

**Equipment & Manufacturing Capabilities:**
- A Full Line of Precision-Tolerance Mobile Roll Formers for Roof & Wall Panels
- State of the Art Aluminum Composite ACM Manufacturing
- A Fleet of Trucks and Lifting Equipment



## Cleburne Sheet Metal

CLEBURNE SHEET METAL
6432 Nine Mile Bridge Rd.
Fort Worth, TX 76135
T:   (817) 237-5060
F:   (817) 237-5191
cleburnesheetmetal.com